**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eduardo MENJIVAR–GARCIA,
Defendant—Appellant.**

No. 05–50680.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

United States in violation of 8 U.S.C. § 1326. Menjivar–Garcia contends that the district court erred by increasing his sentence above 8 U.S.C. § 1326(a)'s two-year maximum based on a prior aggravated felony conviction that Menjiva–Garcia did not admit during his plea colloquy. This contention is foreclosed. *United States v. Delaney*, 427 F.3d 1224, 1226 (9th Cir.2005) ("The Supreme Court has made clear that the fact of a prior conviction need not be proved to a jury beyond a reasonable doubt or admitted by the defendant to satisfy the Sixth Amendment ... even when such a finding results in an increase in the penalty beyond what would otherwise be the maximum prescribed sentence.").

**AFFIRMED.**

Stacey H. Sullivan, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Lynn H. Ball, Esq., Law Office of Lynn H. Ball, San Diego, CA, for Defendant–Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

## MEMORANDUM **

Eduardo Menjivar–Garcia appeals the sentence imposed following his guilty plea to being a deported alien found in the

** This disposition is not appropriate for publi-

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

